■ In the Matter of HUTCHINGS PSYCHIATRIC CENTER. TOWN OF DEWITT, Appellant. (Appeal No. 2.)—Order unanimously affirmed without costs. Memorandum: The Town was not prejudiced by the court's refusal to issue or enforce the subpoenas that directed various State officials to produce records or reports concerning elopements or criminal conduct of residents of certain group homes in and around the Town of DeWitt. The Town sought that information in support of its theory that, in general, community placement of mentally ill persons is an unwise policy, and that previously established community residences within the Town constitute a danger to the public. Pursuant to the legislative scheme, however, the only ground for objecting to establishment of a community residence is overconcentration. It is not a valid objection that community residences in general are dangerous or that particular existing residences are a nuisance. Simply, the past or predicted future conduct of mental patients has no bearing on the issue of overconcentration, and thus the Town can show no prejudice as a result of the court's refusal to issue or enforce the subpoenas. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Issue Subpoenas.) Present—Denman, P. J., Green, Balio and Davis, JJ.

■ TOWN OF DEWITT, Appellant, v RICHARD C. SURLES, as Commissioner of the Office of Mental Health, et al., Respondents. (Appeal No. 3.)—Order unanimously affirmed without costs. Memorandum: The court did not err in refusing to stay the hearing. There was no point in postponing the hearing to require the State to comply with the Town's patently irrelevant FOIL requests (see, Matter of Hutchings Psychiatric Ctr. [appeal No. 2], 187 AD2d 969 [decided herewith]). Similarly, there was no point in delaying the hearing to compel the State to promulgate and distribute rules to govern the hearing. In our view, the hearing required by Mental Hygiene Law § 41.34 is not an "adjudicatory proceeding" as defined by State Administrative Procedure Act § 102 (3) and § 301 (3). (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Stay.) Present—Denman, P. J., Green, Balio and Davis, JJ.